IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OMAR TYRICK SHAW,** | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| **MICHAEL NUTTER** | : No. 15-1209 |
| **LOUIS GIORLA** | : |
| **MICHELLE FARRELL,** | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 6th day of March, 2017, upon consideration of "Defendants' Motion to Dismiss for Failure to State a Claim" (Doc. No. 10) and Defendants' "Motion to Dismiss for Lack of Prosecution" (Doc. No. 16), it is hereby **ORDERED** that:

- Defendants' motion to dismiss Claim I for failure to state a claim (Doc. No. 10) is **GRANTED** as to Defendant Nutter, but **DENIED** as to Defendants Giorla and Farrell;

- Defendants' motion to dismiss Claims II and III for failure to state a claim (Doc. No. 10) is **GRANTED** as to all Defendants;

- Defendants' motion to dismiss (Doc. No. 16) for lack of prosecution is **DENIED**; and

- Plaintiff is given leave to amend only Count II within **30 (thirty) days** of this Order.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

1